**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.: 3:11CR068 |
| v. | : | Judge Thomas M. Rose |
| LUQUADA DIXON, | : | |
| Defendant. | : | |

**FINAL ORDER OF FORFEITURE
OF DEFENDANT LUQUADA DIXON'S ASSETS**

WHEREAS, on January 26, 2012, this Court entered a Preliminary Order of Forfeiture, (Doc. 27) ordering the forfeiture, pursuant to 18 U.S.C. § 982 (a)(2)(B) of the following property (hereinafter referred to as the "Subject Property"):

    a.    $1,830.00 in United States Currency;

WHEREAS, the United States published notice of this forfeiture action and the intent of the United States to dispose of the Subject Property in accordance with law, and further notified all parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the Subject Property, beginning on January 30, 2012 and continuing for at least thirty (30) consecutive days, on the [www.forfeiture.gov](www.forfeiture.gov) website (Doc. 28); and

WHEREAS, the United States did not send direct written notice of the Preliminary Order of Forfeiture because there was no person who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the Subject Property in an ancillary proceeding; and

WHEREAS, no timely petition has been filed to the Subject Property; and

WHEREAS, the Court finds that defendant had an interest in the Subject Property; the United States has established the requisite nexus between the Subject Property and the offense; and the United States has established that the Subject Property is subject to forfeiture pursuant to 18 U.S.C. § 982 (a)(2)(B);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on January 26, 2012 (Doc. 27), ordering the forfeiture, pursuant to 18 U.S.C. § 982(a)(2)(B), of the following Subject Property:

    a.    $1,830.00 in United States Currency

is final; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the Subject Property is hereby condemned, forfeited and vested in the United States of America and the United States has clear title to the property described above; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the custodian of the Subject Property is hereby authorized to dispose of the property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: July 9, 2012                              **s/Thomas M. Rose**
                                                  _____
                                                  THOMAS M. ROSE
                                                  UNITED STATES DISTRICT COURT JUDGE